UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DAPREI D.W. HARRIS,

                    Plaintiff,          NO.  CV-11-5145-CI

      vs.

MONROE - WSR, OBDIGONY          **ORDER ADOPTING REPORT AND**
HUSSAN, and DEPARTMENT OF       **RECOMMENDATION AND DIRECTING**
CORRECTIONS,                    **TRANSFER TO WESTERN DISTRICT OF**
                                **WASHINGTON**

                    Defendants.

      Magistrate Judge Imbrogno filed a Report and Recommendation on
January 13, 2012, recommending that Mr. Harris's civil rights complaint
be transferred to the Western District of Washington because his claims
arose in that District.   ECF No. 7.   There being no objections, the
Court **ADOPTS** the Report and Recommendation in its entirety.

///

///

///

///

///

//

/

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO
WESTERN DISTRICT OF WASHINGTON -- 1

Accordingly, **IT IS HEREBY ORDERED:** This action is **TRANSFERRED** to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. §§ 1391 and 1406.  The Court notes there has been no ruling on Plaintiff's application to proceed *in forma pauperis*, ECF No. 3, or his construed Motion to Appoint Counsel, ECF No. 6.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.  The District Court Executive is further directed to 1) forward the file in this matter, along with a copy of this Order, to the Clerk of the United States District Court for the Western District of Washington and 2) close the file in this District.

**DATED** this ___10th___ day of February 2012.


                        s/Edward F. Shea
                       EDWARD F. SHEA
                UNITED STATES DISTRICT JUDGE

Q:\Civil\2011\prisoner11cv5145ci-2-2-adptransWDWA.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO
WESTERN DISTRICT OF WASHINGTON -- 2